RECEIVED

JUN 17 2019

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Derrick Sweeting
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 679-018

vs.

Department of Rehabilitation and Correction
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Seech Ceo

Roger Wolfe Inspector

Mrs. Pamler PREA

Pemish Unit Manager

1:19CV459

J. BARRETT

M.J. LITKOVITZ

## COMPLAINT

I.  PARTIES TO THE ACTION:

    PLAINTIFF:  PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

    Derrick Sweeting #679-018
    NAME - FULL NAME PLEASE - PRINT

    Ohio State Penitentiary
    ADDRESS: STREET, CITY, STATE AND ZIP CODE

    878 Coitsville - Hubbard Rd.

    Youngstown, Ohio, 44505
    TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        DEFENDANTS:

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

    3. DOCKET NUMBER

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

    7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?
    My first Step I wrote my I.C.R Towards the Warden Richard A. Bowmen About Being Rape By A Staffs Member

    2. WHAT WAS THE RESULT?
    Mrs. Pamler and Roger Wolfe Came and Spoke To me But Refuse me to See Medicial Mental Health Until they were done Investigating

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?
    Richard A. Bowmen Which is the Warden was Notify By me through A Informal Complaint and he Told me this will Be Investigated

    2. WHAT WAS THE RESULT?
    Robert Wolfe and Ms. Pamler Did Nothing they Forces me To File A Greivances Robert Wolfe Denied My N.O.G Saying No approve.

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Richard A. Bowmen Warden
NAMES - FULL NAME PLEASE
878 Coitsville - Hubbard Rd Youngstown, Ohio, 44505
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Beech Ceo
Sickufuse Ceo

3. Lt. Bright RTB panel Board
Roger Wolfe Inspector

4. Hartmen Captain Supervisor RTB panel
Mental Heath

5. Medical
Mr. Pemish Unit Manager

6. Mrs. Damier PREA Cordinater

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7. Mr. Jackson Cheif Unit Manager
8. Mr. Davis Deputy Warder Operation

**STATEMENT OF CLAIM** PART 1 Complaint And Part 2

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Claims Violation: Under Color of Federal Law (State Actor) Cruel Unusual punishment, Racial Discrimination Under 11th, 8th, 14th Amendments. 4-23-19 I wrote A Informal Complaint And Sent it To Richard A Bow Men Warden At this prison About Seech Ceo Raping me on Video Tape. While I was in hand Cuffs Also Tumb Cuffs While he was pulling me out to Go to Church. I Recieve my Respouse back I was Very Disappointed Because I was Never Check by Any medical At this Time. I then Spoke to the Inspector And PREA Coorinader Which is Robert Wolfe, Mrs. Pamler Days Later After My Attack they Told me to tell them what Date this happening Because it was not Written on my I.C.R So I Told them 4-23-19 But the Inspector Waited For me to File A Grievance Which I Did When the Inspector Respoud Back he Change the Date that I Told him it happening. the Next thing happening Ms. SickinFuse Ceo wrote me A Ticket Rule 14 Talking About I was Jacking in Retaliation For me Written I.C.R on her For Ripping up my Legal Work. Roger Wolfe Inspector has Violated my Rights By placing me on Grievance Restriction 3 Different Times. Lt Bright has Attack me by Finding me Guilty Without No Carmous or Withness he put I

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I would Like this Courts To Get My Request Relief of? Intentional Infliction of Emotional Distress $375,000

Nominal Damages $200,000

Compensatory Damages $180,000

Punitive Damages $100,000

I ASK For My Whole Compensation 1,665,000,000,000 Also I would Like Each Defendants To pay For these Relief For Violated My Rights on Not Allowing me To Follow the Inmates Grievances procedure To Stop Any Retaliation thats Being Forces on me To Seeking help Your Honor!

SIGNED THIS 30th DAY OF May 20 19.

Derrick Sweeting
SIGNATURE OF PLAINTIFF

-6-

2 Part Complaint

plea Guilty Willingly Which is A Lie. Captain Hartmen was Written A I.C.R About his Staffs Wrote Fault Tickets To places A Sex Act Cases to Retaliated From Me Reported PREA on their Staffs. Remish our Unit Manager Suppose To Keep me and Seech Ceo Separated But Still Did not and he Still has that Staff having Contact with me To this Day. Richard A. Bowmen Suppose to inForces this Rape, Discrimination, Cruel Unusual punishment Under Color of Federal Law (State Actor) Shows that these Staffs Violation my Federal Rights and Amendments By Allowing this To happening. MR Davis And Jackson Should also help me they Are their Supervisor I wrote them Alot of I.C.R to they Act Like they Didn't Care Either. Mental Health and medical is At Fault For Not Running Test on me Mental health Suppose To help me I'm Not Right in my head I Need Medication to help me But they Are Refusing me Care Since I was Rape an Assaulted By Staffs member.

So please help me Either Take this Claims To Trail or Grant My Compensation Relief Your Honor!

With All Do With Respect!
Respectfully Yours,
Derrick Sweeting #679-018
Plaintiff Pro Se